IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARK LYDELL DIXON,

          Petitioner,                 No. 2:12-cv-1596 DAD P

     vs.

PEOPLE,

          Respondent.        ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Petitioner has not paid the filing fee or filed a request to proceed in forma pauperis.  In his application, petitioner challenges a judgment of conviction entered by the Kings County Superior Court.  Kings County is part of the Fresno Division of the United States District Court for the Eastern District of California.  See Local Rule 120(d).

        Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper division of a court may, on the court's own motion, be transferred to the proper division of the court.  Therefore, this action will be transferred to the Fresno Division of the court.

/////

1

1    Good cause appearing, IT IS HEREBY ORDERED that:

2        1. This action is transferred to the United States District Court for the Eastern

3    District of California sitting in Fresno; and

4        2.  All future filings shall reference the new Fresno case number assigned and

5    shall be filed at:

6                United States District Court
                Eastern District of California
7                2500 Tulare Street
                Fresno, CA 93721

8

9    DATED: June 29, 2012.

10

11   _____

12   DALE A. DROZD
     UNITED STATES MAGISTRATE JUDGE

13

14   DAD:kly
     dixo1596.109

15

16

17

18

19

20

21

22

23

24

25

26